No. 71–1022. UNITED STATES v. BASYE ET AL. C. A. 9th Cir. Certiorari granted.

No. 71–685. LEHNHAUSEN, DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS v. LAKE SHORE AUTO PARTS CO. ET AL.; and

No. 71–691. BARRETT, COUNTY CLERK OF COOK COUNTY, ILLINOIS, ET AL. v. SHAPIRO ET AL. Sup. Ct. Ill. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 49 Ill. 2d 137, 273 N. E. 2d 592.

No. 71–651. CALIFORNIA v. KRIVDA ET AL. Sup. Ct. Cal. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–951. ALMOTA FARMERS ELEVATOR & WAREHOUSE CO. v. UNITED STATES. C. A. 9th Cir. Certiorari granted and case set for oral argument with No. 71–559 [*United States* v. *Fuller*, certiorari granted, 404 U. S. 1037].

No. 68–5028. TYLER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 70–5028. SCAIFE v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 70–5036. PROWSE v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 70–5068. LUCAS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.